## scott@bishopins.com

| | |
|---|---|
| **From:** | Andy Alfonso III <andyalfonso@cableone.net> |
| **Sent:** | Wednesday, March 08, 2017 9:56 AM |
| **To:** | 'Amy B. Coakley'; 'Scott Mosher'; ksmallwood@cableone.net |
| **Cc:** | 'W.Garet James'; andyalfonso@cableone.net |
| **Subject:** | RE: Alfonso closing check |

Good morning Amy,

We request dec pages from the lenders....sometimes they send them, sometimes they don't. We'll obtain "verbals" from the lenders if they don't send the dec. page and they typically refer to Scott as he's probably more popular in the area. If you guys will let your borrowers know to bring a copy of their dec page to closing, then we can make sure the premium checks get to the right place. Or if you guys can fax over a dec page to us if your borrower knows who they're closing with (they typically do), then we can send the checks where they need to go.


Andy J. Alfonso, III, Attorney at Law
2112 Bienville Blvd, Suite H1
Ocean Springs, MS 39564
Telephone: (228) 818-5552
Facsimile: (228) 818-5554
MS Bar No. 99366

CONFIDENTIALITY NOTICE

This electronic transmission (and/or the documents accompanying it) may contain certain sensitive and confidential information belonging to the sender which is protected by the attorney/client Privilege. The information is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, disclosure, copying, distribution or other use of, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

**From:** Amy B. Coakley [mailto:amy@bishopinsservices.com]
**Sent:** Wednesday, March 01, 2017 12:00 PM
**To:** 'Scott Mosher'; ksmallwood@cableone.net
**Cc:** 'W.Garet James'; andyalfonso@cableone.net
**Subject:** RE: Alfonso closing check

Scott,

Yes, this is ours. Alfonso just can't get it straight with you and us!!!!!! No matter how many times we call and speak with them.

Kelly,

Please re-cut "my" agency Bishop Insurance SERVICES, PLLC 1813 Ingalls Ave., Pascagoula, MS 39567 I will need that check delivered today by currier or overnighted. This is an ongoing battle we seem to have with Alfonso. I don't know what else to do to get yall to understand that we are separate offices.

Bishop Insurance Services, PLLC

**EXHIBIT "I"**

1

BIA-00408

Amy B. Coakley
1513 Ingalls Avenue
Pascagoula, MS 39567
228-762-5839
amy@bishopinsservices.com
www.bishopinsservices.com

**From:** Scott Mosher [mailto:scott@bishopins.com]
**Sent:** Monday, February 27, 2017 3:23 PM
**To:** 'Amy B. Coakley' <amy@bishopinsservices.com>
**Subject:** Alfonso closing check

I can't find this in our system anywhere. One of your's?

Thanks,

Scott Mosher
Bishop Insurance Agency
14507 Lemoyne Blvd
Biloxi, MS 39532
228-207-3395
228-354-0878 - Fax
scott@bishopins.com

---

avast This email has been checked for viruses by Avast antivirus software.
www.avast.com

## scott@bishopins.com

| | |
|---|---|
| **From:** | Andy Alfonso III <andyalfonso@cableone.net> |
| **Sent:** | Wednesday, March 08, 2017 2:37 PM |
| **To:** | 'Amy B. Coakley'; 'Scott Mosher'; ksmallwood@cableone.net |
| **Cc:** | 'W.Garet James'; 'Linda Bishop'; andyalfonso@cableone.net |
| **Subject:** | RE: Alfonso closing check |

Thank you for the clarification Amy. I wasn't playing a blame game and perhaps "more popular" was the wrong choice of works; it's just that most of the agents I work with go to Scott for their insurance needs.

I'm going into our system now that generates check to make sure Bishop Insurance Services, PLLC is associated with you and your correct mailing address of 1813 Ingalls Avenue, Pascagoula, MS 39567. If you'd like to send me the binder prior to closing, I'll make sure my staff issues the check to the right company.

Thank you again for your explanation. Have a good rest of the day,
Andy


Andy J. Alfonso, III, Attorney at Law
2112 Bienville Blvd, Suite H1
Ocean Springs, MS 39564
Telephone: (228) 818-5552
Facsimile: (228) 818-5554
MS Bar No. 99366

CONFIDENTIALITY NOTICE

This electronic transmission (and/or the documents accompanying it) may contain certain sensitive and confidential information belonging to the sender which is protected by the attorney/client Privilege. The information is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, disclosure, copying, distribution or other use of, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

**From:** Amy B. Coakley [mailto:amy@bishopinsservices.com]
**Sent:** Wednesday, March 08, 2017 2:13 PM
**To:** 'Andy Alfonso III'; 'Scott Mosher'; ksmallwood@cableone.net
**Cc:** 'W.Garet James'; 'Linda Bishop'
**Subject:** RE: Alfonso closing check

Good afternoon Andy,

You may have your terminology wrong. What you normally receive prior to closing is what in the Insurance World is called a Binder. Most Insurance Agencies do not bind coverage until the date of closing. That way we do not get stuck on the hook for 25% minimum earned premium if the closing does not go through.

After binding coverage, we then expect a check immediately so we can pay the Insurance Carrier promptly. In turn, after binding coverage we sometimes receive a Declarations Page through their online system. If they don't have an online

1

BIA-00410

system, the policy processes through the MGA (Managing General Agency-Middle Man) which in turn can take up to four weeks to receive a Declarations Page from the MGA.

My Business, Bishop Insurance SERVICES, PLLC clearly does everything and more to make sure the check is generated and mailed to the correct address. What is happening is called human error - your employees are incorrectly issuing the checks on a regular basis. We have called your office AFTER our binder was sent to you to make sure it was going to be properly generated and were told by your office they had all the correct information, and still the check was issued incorrectly.

I also do not appreciate the assumption that Scott is "MORE POPULAR." That is ridiculous. My father, John Bishop started his Agency in Pascagoula in 1976. My name, Amy Bishop Coakley is very well known in the Insurance world along the Mississippi Gulf Coast. Also, just another fact, another brother, Johnny Bishop (deceased) started an Agency in the Pass known as Bishop Insurance BROKERS which my mother still continues to operate. Obviously, you don't service your clients well or you would happen to know who I am. Maybe after all this blame game you will know who Bishop Insurance Services is now.

Respectfully,

Bishop Insurance Services, PLLC
Amy B. Coakley
1913 Ingalls Avenue
Pascagoula, MS 39567
228-762-5830
amy@bishopinsservices.com
www.bishopinsservices.com

---

**From:** Andy Alfonso III [mailto:andyalfonso@cableone.net]
**Sent:** Wednesday, March 08, 2017 9:56 AM
**To:** 'Amy B. Coakley' <amy@bishopinsservices.com>; 'Scott Mosher' < scott@bishopins.com>;
ksmallwood@cableone.net
**Cc:** 'W.Garet James' <garet@ bishopinss ervices.com>; andyalfons o@cableone.net
**Subject** RE: Alfonso closing check

Good morning Amy,

We request dec pages from the lenders....sometimes they send them, sometimes they don't. We'll obtain "verbals" from the lenders if they don't send the dec. page and they typically refer to Scott as he's probably more popular in the area. If you guys will let your borrowers know to bring a copy of their dec page to closing, then we can make sure the premium checks get to the right place. Or if you guys can fax over a dec page to us if your borrower knows who they're closing with (they typically do), then we can send the checks where they need to go.

Andy J. Alfonso, III, Attorney at Law
2112 Bienville Blvd, Suite H1
Ocean Springs, MS 39564
Telephone: (228) 818-5552
Facsimile: (228) 818-5554

BIA-00411

MS Bar No. 99366

CONFIDENTIALITY NOTICE

This electronic transmission (and/or the documents accompanying it) may contain certain sensitive and confidential information belonging to the sender which is protected by the attorney/client Privilege. The information is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, disclosure, copying, distribution or other use of, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

**From:** Amy B. Coakley [mailto:amy@bishopinsservices.com]
**Sent:** Wednesday, March 01, 2017 12:00 PM
**To:** 'Scott Mosher'; ksmalwood@cableone.net
**Cc:** 'W.Garet James'; andyalfonso@cableone.net
**Subject:** RE: Alfonso closing check

Scott,
Yes, this is ours. Alfonso just can't get it straight with you and us!!!!!! No matter how many times we call and speak with them.

Kelly,
Please re-cut "my" agency Bishop Insurance SERVICES, PLLC 1813 Ingalls Ave., Pascagoula, MS 39567 I will need that check delivered today by currier or overnighted. This is an ongoing battle we seem to have with Alfonso. I don't know what else to do to get yall to understand that we are separate offices.

Bishop Insurance Services, PLLC
Amy B. Coakley
1813 Ingalls Avenue
Pascagoula, MS 39567
228-762-5839
amy@bishopinsservices.com
www.bishopinsservices.com

**From:** Scott Mosher [mailto:scott@bishopins.com]
**Sent:** Monday, February 27, 2017 3:23 PM
**To:** 'Amy B. Coakley' <amy@bishopinsservices.com>
**Subject:** Alfonso closing check

I can't find this in our system anywhere. One of your's?


Thanks,

Scott Mosher
Bishop Insurance Agency
14507 Lemoyne Blvd
Biloxi, MS 39532
228-207-3395
228-354-0878 - Fax

3

BIA-00412

scott@bishopins.com

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

4

BIA-00413

**scott@bishopins.com**

| | |
|---|---|
| **From:** | Linda Bishop <lindabishop@bibrokers.com> |
| **Sent:** | Thursday, March 09, 2017 12:15 PM |
| **To:** | scott@bishopins.com; andyalfonso@cableone.net |
| **Cc:** | 'Amy B. Coakley' |
| **Subject:** | FW: Alfonso closing check |

THIS IS THE VERY REASON YOU NEED TO CHANGE YOUR NAME. I HAD A GUY THAT CAME TO MY OFFICE THINKING HE WAS WITH US WHEN SHAWN LOGAN WROTE HIS INSURANCE AND DID NOT INFORM HIM WE WERE DIFFERENT OFFICES. I FEEL JUST LIKE AMY; THIS NEEDS TO BE RESOLVED BEFORE SOMETHING GETS UGLY. ON ANOTHER NOTE, YOU CAN TELL THE ANDY ATTORNEY, IT IS VERY UNPROFESSIONAL TO STATE YOU ARE MORE POPULAR. NO NEED FOR COMMENTS LIKE THAT. BETTER YET, I WILL TELL HIM.


V/R

- Linda Bishop
  **Bishop Insurance Brokers, Inc.**
  517 West North St. Suite "A"
  Pass Christian, MS 39571
  Phone: 228-452-9095 Ext. 1
  Fax: 228-452-9234
  www.bibrokers.com


**From:** Amy B. Coakley [mailto:amy@bishopinsservices.com]
**Sent:** Wednesday, March 8, 2017 2:13 PM
**To:** 'Andy Alfonso III' <andyalfonso@cableone.net>; 'Scott Mosher' <scott@bishopins.com>; ksmallwood@cableone.net
**Cc:** 'W.Garet James' <garet@bishopinsservices.com>; 'Linda Bishop' <lindabishop@bibrokers.com>
**Subject:** RE: Alfonso closing check

Good afternoon Andy,

You may have your terminology wrong.  What you normally receive prior to closing is what in the Insurance World is called a Binder. Most Insurance Agencies do not bind coverage until the date of closing. That way we do not get stuck on the hook for 25% minimum earned premium if the closing does not go through.

After binding coverage, we then expect a check immediately so we can pay the Insurance Carrier promptly. In turn, after binding coverage we sometimes receive a Declarations Page through their online system. If they don't have an online system, the policy processes through the MGA (Managing General Agency-Middle Man) which in turn can take up to four weeks to receive a Declarations Page from the MGA.

My Business, Bishop Insurance SERVICES, PLLC clearly does everything and more to make sure the check is generated and mailed to the correct address. What is happening is called human error - your employees are incorrectly issuing the checks on a regular basis. We have called your office AFTER our binder was sent to you to make sure it was going to be properly generated and were told by your office they had all the correct information, and still the check was issued incorrectly.

I also do not appreciate the assumption that Scott is "MORE POPULAR." That is ridiculous. My father, John Bishop started his Agency in Pascagoula in 1976.  My name, Amy Bishop Coakley is very well known in the Insurance world

1

BIA-00414

along the Mississippi Gulf Coast. Also, just another fact, another brother, Johnny Bishop (deceased) started an Agency in the Pass known as Bishop Insurance BROKERS which my mother still continues to operate. Obviously, you don't service your clients well or you would happen to know who I am. Maybe after all this blame game you will know who Bishop Insurance Services is now.

Respectfully,

Bishop Insurance Services, PLLC
Amy B. Coakley
2514 Ingalls Avenue
Pascagoula, MS 39567
228-762-6661
amy@bishopinsservices.com
www.bishopinsservices.com

**From:** Andy Alfonso III [mailto:andyalfonso@cableone.net]
**Sent:** Wednesday, March 08, 2017 9:56 AM
**To:** 'Amy B. Coakley' <amy@bishopinsservices.com>; 'Scott Mosher' <sc_o_tt@bishopins.com>; ksm.allwood@cableone.net
**Cc:** 'W.Garet James' <garet@bishopinsservices.com>; andyalfonso@cableone.net
**Subject:** RE: Alfonso closing check

Good morning Amy,

We request dec pages from the lenders....sometimes they send them, sometimes they don't. We'll obtain "verbals" from the lenders if they don't send the dec. page and they typically refer to Scott as he's probably more popular in the area. If you guys will let your borrowers know to bring a copy of their dec page to closing, then we can make sure the premium checks get to the right place. Or if you guys can fax over a dec page to us if your borrower knows who they're closing with (they typically do), then we can send the checks where they need to go.

Andy J. Alfonso, III, Attorney at Law
2112 Bienville Blvd, Suite H1
Ocean Springs, MS 39564
Telephone: (228) 818-5552
Facsimile:  (228)818-5554
MS Bar No. 99366

CONFIDENTIALITY NOTICE

This electronic transmission (and/or the documents accompanying it) may contain certain sensitive and confidential information belonging to the sender which is protected by the attorney/client Privilege. The information is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, disclosure, copying, distribution or other use of, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

2

BIA-00415

**From:** Amy B. Coakley [mailto:amy@bishopinsservices.com]
**Sent:** Wednesday, March 01, 2017 12:00 PM
**To:** 'Scott Mosher'; ksmallwood@cableone.net
**Cc:** 'W.Garet James'; an_dyalfonso@cableone.net
**Subject:** RE: Alfonso closing check

Scott,

Yes, this is ours.  Alfonso just can't get it straight with you and us!!!!!! No matter how many times we call and speak with them.

Kelly,

Please re-cut "my" agency Bishop Insurance SERVICES, PLLC 1813 Ingalls Ave., Pascagoula, MS 39567  I will need that check delivered today by currier or overnighted.  This is an ongoing battle we seem to have with Alfonso.  I don't know what else to do to get yall to understand that we are separate offices.

Bishop Insurance Services, PLLC
Amy B. Coakley
1813 Ingalls Avenue
Pascagoula, MS 39567
228-762-5839
amy@bishopinsservices.com
www.bishopinsservices.com

**From:** Scott Mosher [mailto:scott@bishopins.com]
**Sent:** Monday, February 27, 2017 3:23 PM
**To:** 'Amy B. Coakley' <amy@bishopinsservices.com>
**Subject:** Alfonso closing check

I can't find this in our system anywhere.  One of your's?

Thanks,

Scott Mosher
Bishop Insurance Agency
14507 Lemoyne Blvd
Biloxi, MS 39532
228-207-3395
228-354-0878 - Fax
scott@bishopins.com

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

3

BIA-00416

## scott@bishopins.com

| | |
|---|---|
| **From:** | Andy Alfonso III <andyalfonso@cableone.net> |
| **Sent:** | Thursday, March 09, 2017 1:06 PM |
| **To:** | 'Linda Bishop'; scott@bishopins.com |
| **Cc:** | 'Amy B. Coakley'; andyalfonso@cableone.net |
| **Subject:** | RE: Alfonso closing check |

Thank you Linda,

I wasn't playing a blame game and perhaps "more popular" was the wrong choice of works; it's just that most of the agents I work with go to Scott for their insurance needs.

I'm going into our system now that generates check to make sure Bishop Insurance Services, PLLC is associated with you and your correct mailing address of 1813 Ingalls Avenue, Pascagoula, MS 39567. If you'd like to send me the binder prior to closing, I'll make sure my staff issues the check to the right company.

Thank you again for your explanation. Have a good rest of the day,
Andy

Andy J. Alfonso, III, Attorney at Law
2112 Bienville Blvd, Suite H1
Ocean Springs, MS 39564
Telephone: (228) 818-5552
Facsimile: (228) 818-5554
MS Bar No. 99366

CONFIDENTIALITY NOTICE

This electronic transmission (and/or the documents accompanying it) may contain certain sensitive and confidential information belonging to the sender which is protected by the attorney/client Privilege. The information is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, disclosure, copying, distribution or other use of, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.

**From:** Linda Bishop [mailto:lindabishop@bibrokers.com]
**Sent:** Thursday, March 09, 2017 12:15 PM
**To:** scott@bishopins.com; andyalfonso@cableone.net
**Cc:** 'Amy B. Coakley'
**Subject:** FW: Alfonso closing check

THIS IS THE VERY REASON YOU NEED TO CHANGE YOUR NAME. I HAD A GUY THAT CAME TO MY OFFICE THINKING HE WAS WITH US WHEN SHAWN LOGAN WROTE HIS INSURANCE AND DID NOT INFORM HIM WE WERE DIFFERENT OFFICES. I FEEL JUST LIKE AMY; THIS NEEDS TO BE RESOLVED BEFORE SOMETHING GETS UGLY. ON ANOTHER NOTE, YOU CAN TELL THE ANDY ATTORNEY, IT IS VERY UNPROFESSIONAL TO STATE YOU ARE MORE POPULAR. NO NEED FOR COMMENTS LIKE THAT. BETTER YET, I WILL TELL HIM.

1

BIA-00417

V/R

- Linda Bishop
  **Bishop Insurance Brokers, Inc.**
  517 West North St. Suite "A"
  Pass Christian, MS 39571
  Phone: 228-452-9095 Ext. 1
  Fax: 228-452-9234
  www.bibrokers.com

**From:** Amy B. Coakley [mailto:amy@bishopinsservices.com]
**Sent:** Wednesday, March 8, 2017 2:13 PM
**To:** 'Andy Alfonso III' <andyalfonso@cableone.net>; 'Scott Mosher' <scott@bishopins.com>; ksmallwood@cableone.net
**Cc:** 'W.Garet James' <garet@bishopinsservices.com>; 'Linda Bishop' <lindabishop@ bibrokers.com>
**Subject:** RE: Alfonso closing check

Good afternoon Andy,

You may have your terminology wrong. What you normally receive prior to closing is what in the Insurance World is called a Binder. Most Insurance Agencies do not bind coverage until the date of closing. That way we do not get stuck on the hook for 25% minimum earned premium if the closing does not go through.

After binding coverage, we then expect a check immediately so we can pay the Insurance Carrier promptly. In turn, after binding coverage we sometimes receive a Declarations Page through their online system. If they don't have an online system, the policy processes through the MGA (Managing General Agency-Middle Man) which in turn can take up to four weeks to receive a Declarations Page from the MGA.

My Business, Bishop Insurance SERVICES, PLLC clearly does everything and more to make sure the check is generated and mailed to the correct address. What is happening is called human error - your employees are incorrectly issuing the checks on a regular basis. We have called your office AFTER our binder was sent to you to make sure it was going to be properly generated and were told by your office they had all the correct information, and still the check was issued incorrectly.

I also do not appreciate the assumption that Scott is "MORE POPULAR." That is ridiculous. My father, John Bishop started his Agency in Pascagoula in 1976. My name, Amy Bishop Coakley is very well known in the Insurance world along the Mississippi Gulf Coast. Also, just another fact, another brother, Johnny Bishop (deceased) started an Agency in the Pass known as Bishop Insurance BROKERS which my mother still continues to operate. Obviously, you don't service your clients well or you would happen to know who I am. Maybe after all this blame game you will know who Bishop Insurance Services is now.

Respectfully,

Bishop Insurance Services, PLLC
Amy B. Coakley
1813 Ingalls Avenue
Pascagoula, MS 39567
228-762-5150
amy@bishopinsservices.com

BIA-00418

www.bishopinsservices.com

**From:** Andy Alfonso III [mailto:andyalfonso@cableone.net]
**Sent:** Wednesday, March 08, 2017 9:56 AM
**To:** 'Amy B. Coakley' <amy@bishopinsservices.com>; 'ScottMosher' <scott@bishopins.com>; ksmallwood@cableone.net
**Cc:** 'W.Garet James' <garet@bishopins services.com>; andyalfonso@cableone.net
**Subject:** RE: Alfonso closing check

Good morning Amy,

We request dec pages from the lenders….sometimes they send them, sometimes they don't. We'll obtain "verbals" from the lenders if they don't send the dec. page and they typically refer to Scott as he's probably more popular in the area. If you guys will let your borrowers know to bring a copy of their dec page to closing, then we can make sure the premium checks get to the right place. Or if you guys can fax over a dec page to us if your borrower knows who they're closing with (they typically do), then we can send the checks where they need to go.


Andy J. Alfonso, III, Attorney at Law
2112 Bienville Blvd, Suite H1
Ocean Springs, MS 39564
Telephone: (228) 818-5552
 Facsimile:  (228) 818-5554
 MS Bar No. 99366

CONFIDENTIALITY NOTICE

This electronic transmission (and/or the documents accompanying it) may contain certain sensitive and confidential information belonging to the sender which is protected by the attorney/client Privilege. The information is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, disclosure, copying, distribution or other use of, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.


**From:** Amy B. Coakley [mailto:amy@bishopinsservices.com]
**Sent:** Wednesday, March 01, 2017 12:00 PM
**To:** 'Scott Mosher'; ksmallwood@cableone.net
**Cc:** 'W.Garet James'; andyalfonso@cableone.net
**Subject:** RE: Alfonso closing check

Scott,
Yes, this is ours. Alfonso just can't get it straight with you and us!!!!!! No matter how many times we call and speak with them.

Kelly,
Please re-cut "my" agency Bishop Insurance SERVICES, PLLC 1813 Ingalls Ave., Pascagoula, MS 39567 I will need that check delivered today by currier or overnighted. This is an ongoing battle we seem to have with Alfonso. I don't know what else to do to get yall to understand that we are separate offices.

3

BIA-00419

Amy B. Coakley
4501 Lemoyne Avenue

amy@bishopinsservices.com
www.bishopinsservices.com

**From:** Scott Mosher [mailto:scott@bishopins.com]
**Sent:** Monday, February 27, 2017 3:23 PM
**To:** 'Amy B. Coakley' <amy@bishopinsservices.com>
**Subject:** Alfonso closing check

I can't find this in our system anywhere. One of your's?

Thanks,

Scott Mosher
Bishop Insurance Agency
14507 Lemoyne Blvd
Biloxi, MS 39532
228-207-3395
228-354-0878 - Fax
scott@bishopins.com


This email has been checked for viruses by Avast antivirus software.
www.avast.com


This email has been checked for viruses **by** Avast antivirus software.
www.avast.com

BIA-00420

**scott@bishopins.com**

| | |
|---|---|
| **From:** | Amy B. Coakley <amy@bishopinsservices.com> |
| **Sent:** | Thursday, March 09, 2017 11:29 AM |
| **To:** | 'Scott Mosher' |
| **Subject:** | Not ours |
| **Attachments:** | +12284529234-0309-112244-021.pdf |

Scott, Laura called from moms office said it wasn't theirs. We checked, not ours either. Hope everything is going well. We are too busy to think over here.

1

**scott@bishopins.com**

| | |
|---|---|
| **From:** | Amy B. Coakley <amy@bishopinsservices.com> |
| **Sent:** | Wednesday, March 08, 2017 2:13 PM |
| **To:** | 'Andy Alfonso III'; 'Scott Mosher'; ksmallwood@cableone.net |
| **Cc:** | 'W.Garet James'; 'Linda Bishop' |
| **Subject:** | RE: Alfonso closing check |

Good afternoon Andy,

You may have your terminology wrong. What you normally receive prior to closing is what in the Insurance World is called a Binder. Most Insurance Agencies do not bind coverage until the date of closing. That way we do not get stuck on the hook for 25% minimum earned premium if the closing does not go through.

After binding coverage, we then expect a check immediately so we can pay the Insurance Carrier promptly. In turn, after binding coverage we sometimes receive a Declarations Page through their online system. If they don't have an online system, the policy processes through the MGA (Managing General Agency-Middle Man) which in turn can take up to four weeks to receive a Declarations Page from the MGA.

My Business, Bishop Insurance SERVICES, PLLC clearly does everything and more to make sure the check is generated and mailed to the correct address. What is happening is called human error - your employees are incorrectly issuing the checks on a regular basis. We have called your office AFTER our binder was sent to you to make sure it was going to be properly generated and were told by your office they had all the correct information, and still the check was issued incorrectly.

I also do not appreciate the assumption that Scott is "MORE POPULAR." That is ridiculous. My father, John Bishop started his Agency in Pascagoula in 1976. My name, Amy Bishop Coakley is very well known in the Insurance world along the Mississippi Gulf Coast. Also, just another fact, another brother, Johnny Bishop (deceased) started an Agency in the Pass known as Bishop Insurance BROKERS which my mother still continues to operate. Obviously, you don't service your clients well or you would happen to know who I am. Maybe after all this blame game you will know who Bishop Insurance Services is now.

Respectfully,

Bishop Insurance Services, PLLC
Amy B. Coakley
1818 Ingalls Avenue
Pascagoula, MS 39567
228-762-5591
amy@bishopinsservices.com
www.bishopinsservices.com

**From:** Andy Alfonso III [mailto:andyalfonso@cableone.net]
**Sent:** Wednesday, March 08, 2017 9:56 AM
**To:** 'Amy B. Coakley' <amy@bishopinsservices.com>; 'Scott Mosher' <scott@bishopins.com>;
ksmallwood@cableone.net

1

BIA-00423

**Cc:** 'W.Garet James' <garet@bishopinsservices.com>; andyalfonso@cableone.net
**Subject:** RE: Alfonso closing check

Good morning Amy,

We request dec pages from the lenders....sometimes they send them, sometimes they don't. We'll obtain "verbals" from the lenders if they don't send the dec. page and they typically refer to Scott as he's probably more popular in the area. If you guys will let your borrowers know to bring a copy of their dec page to closing, then we can make sure the premium checks get to the right place. Or if you guys can fax over a dec page to us if your borrower knows who they're closing with (they typically do), then we can send the checks where they need to go.


Andy J. Alfonso, III, Attorney at Law
2112 Bienville Blvd, Suite H1
Ocean Springs, MS 39564
Telephone: (228) 818-5552
Facsimile:   (228) 818-5554
MS Bar No. 99366

CONFIDENTIALITY NOTICE

This electronic transmission (and/or the documents accompanying it) may contain certain sensitive and confidential information belonging to the sender which is protected by the attorney/client Privilege. The information is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, disclosure, copying, distribution or other use of, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please contact the sender and delete the material from your computer.


**From:** Amy B. Coakley [mailto:amy@bishopinsservices.com]
**Sent:** Wednesday, March 01, 2017 12:00 PM
**To:** 'Scott Mosher'; ksmallwood@cableone.net
**Cc:** 'W.Garet James'; andyalfonso@cableone.net
**Subject:** RE: Alfonso closing check

Scott,
Yes, this is ours. Alfonso just can't get it straight with you and us!!!!!! No matter how many times we call and speak with them.

Kelly,
Please re-cut "my" agency Bishop Insurance SERVICES, PLLC 1813 Ingalls Ave., Pascagoula, MS 39567  I will need that check delivered today by currier or overnighted. This is an ongoing battle we seem to have with Alfonso. I don't know what else to do to get yall to understand that we are separate offices.

Bishop Insurance Services, PLLC
Amy B. Coakley
1813 Ingalls Avenue
Pascagoula, MS 39567
228-762-5880
amy@bishopinsservices.com
www.bishopinsservices.com

BIA-00424

**From:** Scott Mosher [mailto:scott@bishopins.com]
**Sent:** Monday, February 27, 2017 3:23 PM
**To:** 'Amy B. Coakley' <amy@bishopinsservices.com>
**Subject:** Alfonso closing check

I can't find this in our system anywhere. One of your's?

Thanks,

Scott Mosher
Bishop Insurance Agency
14507 Lemoyne Blvd
Biloxi, MS 39532
228-207-3395
228-354-0878 - Fax
scott@bishopins.com

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

3

BIA-00425

## scott@bishopins.com

| | |
|---|---|
| **From:** | Scott Mosher <scott@bishopins.com> |
| **Sent:** | Friday, February 03, 2017 8:29 AM |
| **To:** | 'Amy B. Coakley' |
| **Subject:** | FW: 04-L NON-SELECT RN QUOTE / Daleo, Joseph A / P#66427939 - 01 / effec 3/9 |
| **Attachments:** | RN Quote.pdf |

**Importance:** High

This one isn't ours

Thanks,

Scott Mosher
Bishop Insurance Agency
14507 Lemoyne Blvd
Biloxi, MS 39532
228-207-3395
228-354-0878 - Fax
scott@bishopins.com

**From:** Chris Allgeier [mailto:chrisallgeier@boltonmga.com]
**Sent:** Thursday, February 02, 2017 10:17 AM
**To:** Scott Mosher (scott@bishopins.com); Front Desk
**Subject:** FW: 04-L NON-SELECT RN QUOTE / Daleo, Joseph A / P#66427939 - 01 / effec 3/9
**Importance:** High

**From:** Brunson, Barbara [mailto:Barbara.Brunson@AIG.com]
**Sent:** Tuesday, January 31, 2017 12:36 PM
**To:** Chris Allgeier
**Cc:** CTOM PEGA; Operations.Processing Center
**Subject:** 04-L NON-SELECT RN QUOTE / Daleo, Joseph A / P#66427939 - 01 / effec 3/9
**Importance:** High

Good morning,

Please refer to the renewal quote notes for binding instructions. The bind request and required binding information should be sent to the email address below:
Renewals.RSC@aig.com

**Note: Individual invoices are no longer being provided on individual policies, but rather agency statements will be sent out every week.**

Thank you.

Barbara Brunson

1

BIA-00426

AIG

Sr. Underwriting Analyst | Processing Center
Consumer | Risk Specialists Companies Insurance Agency, Inc. d/b/a RSCIA in NH, UT & VT | CA Surplus Lines License # 0G29322

909 Poydras St.
New Orleans, LA 70112

Tel: 225-709-8267 | Cell: 225-326-5207 | Fax: 225-910-6576
barbara.brunson@aig.com | www.aig.com

Send RSCIA RENEWAL BIND REQUESTS  to:  Renewals.RSC@aig.com
Send RSCIA ENDORSEMENT REQUESTS  to:  endorsements.rscia.lex@aig.com

Send Private Client Select RENEWAL BIND REQUESTS  to:  Renewals.Select.PCG@aig.com
Send Private Client Select ENDORSEMENT REQUESTS to:  Endorsements.Select.PCG@aig.com

## ACCOUNTING CALL CENTER: 1-866-457-9482

IMPORTANT NOTICE:
The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities.  If you are not the intended recipient, you must not use or disseminate the information.  Receipt by anyone other than the intended recipeint is not a waiver of any attorney-client or work product privilege.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American internation Group, Inc. or it's subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.

BIA-00427

**scott@bishopins.com**

| | |
|---|---|
| **From:** | Scott Mosher <scott@bishopins.com> |
| **Sent:** | Monday, February 27, 2017 3:23 PM |
| **To:** | 'Amy B. Coakley' |
| **Subject:** | Alfonso closing check |
| **Attachments:** | Untitled.PDF - Adobe Acrobat Pro |

I can't find this in our system anywhere. One of your's?


Thanks,


Scott Mosher
Bishop Insurance Agency
14507 Lemoyne Blvd
Biloxi, MS 39532
228-207-3395
228-354-0878 - Fax
scott@bishopins.com

1

BIA-00430

## scott@bishopins.com

| | |
|---|---|
| **From:** | Scott Mosher <scott@bishopins.com> |
| **Sent:** | Wednesday, February 08, 2017 3:32 PM |
| **To:** | 'Amy B. Coakley' |
| **Subject:** | FW: 04-L ~ NS quote ~ Harville, Curtis  66429039 - 01 eff 3/17 |
| **Attachments:** | default.pdf |

This yours I think.
I don't see it in our system

Thanks,

Scott Mosher
Bishop Insurance Agency
14507 Lemoyne Blvd
Biloxi, MS 39532
228-207-3395
228-354-0878 - Fax
scott@bishopins.com

**From:** Janet Thompson [mailto:janet@boltonmga.com]
**Sent:** Wednesday, February 08, 2017 11:29 AM
**To:** Scott Mosher
**Cc:** Chris Allgeier
**Subject:** 04-L ~ NS quote ~ Harville, Curtis 66429039 - 01 eff 3/17

Scott,
This one is a rollover. Add $125 policy fee and no inspection fee. Thank you.

Thanks,

Janet Thompson
Bolton & Co.

800-292-6597 ext 121
502-882-4126 (direct line)
502-882-4129 (fax)
janetthompson@boltonmga.com

www.bolton m ga.c om

**From:** CARLISLE, JANINE [mailto:JANINE.CA RL IS LE@AIG.com]
**Sent:** Wednesday, February 08, 2017 11:03 AM
**To:** Janet Thompson
**Cc:** CTOM PEGA; Operations.Processing Center
**Subject:** 04-L~ NS quote~ Harville, Curtis 66429039 - 01 eff 3/17

Janet,

BIA-00432

Please see attached renewal quote, refer to "Note Section" for binding instructions. If you have any questions, please call or email.

Individual invoices are no longer being provided on individual policies but rather agency statements sent out every two weeks.

Janine Carlisle
AIG
Sr. Underwriting Analyst
Consumer | Risk Specialists Companies Insurance Agency Inc. d/b/a RSCIA in NH, UT & VT | CA Surplus Lines License #:OG29322

909 Poydras St., New Orleans, LA 70112

Tel +1 225 709 8416| Cell +1 225 726 9785 | Fax +1 225 910 6576

janine.carlisle@aig.com | www.aig.com

Send RSCIA renewal bind requests to renewals.rsc@aig.com
Send RSCIA endorsements requests to endorsements.rscia.lex@aig.com

Send Private Client Select renewals requests to renewals.Select.PCG@aig.com
Send Private Client Select endorsement requests to endorsements.select.PCG@aig.com

Accounting Call Center: 1-866-457-9482

Send requests for copies of decs, invoices or binders to lex.copy@a.ig.com

IMPORTANT NOTICE:
The information in this email (and any attachments hereto) is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by American International Group, Inc. or its subsidiaries or affiliates either jointly or severally, for any loss or damage arising in any way from its use.

BIA-00433

## scott@bishopins.com

| | |
|---|---|
| **From:** | Scott Mosher <scott@bishopins.com> |
| **Sent:** | Thursday, September 29, 2016 4:27 PM |
| **To:** | 'Amy B. Coakley' |
| **Subject:** | FW: 4940776 D. Jane Gregory Revocable Trust |
| **Attachments:** | Attachment.pdf |

They sent this to us on error. Looks like yours.

Thanks,

Scott Mosher
Bishop Insurance Agency
14507 Lemoyne Blvd
Biloxi, MS 39532
228-207-3395
228-354-0878 - Fax
scott@bishopins.com

**From:** Melissa Rogers (AL) [mailto:mrogers@scui.com]
**Sent:** Thursday, September 29, 2016 8:22 AM
**To:** scott@bishopins.com
**Subject:** 4940776 D. Jane Gregory Revocable Trust

Scott,

Attached are the renewal quote and terrorism for the above risk that expires on 10/23. Please review and let me know if you have any questions or need anything further to bind coverage. Let me know on the pricing. I may can give a little more credit off the GI. The property is less than a mile from the coast, but I'll do what I can. Just let me know.

Thank you!

**Melissa Rogers**
**200 Century Park South Suite 100 | Birmingham, AL 35226**
Phone 205-822-5501 (Switchboard) | Fax # 205-909-2641 |
Email: mrogers@scui.com



NOTICE: You cannot bind, alter or cancel coverage without speaking to an authorized representative of CRC/SCU. Coverage cannot be bound without written confirmation from an authorized representative of CRC/SCU. This email and any files transmitted with it are not encrypted and may contain privileged or other confidential information and is intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient or entity, or believe that you may have received this email in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use this information. Thank you.

BIA-00436